# Third District Court of Appeal
## State of Florida

Opinion filed February 24, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-0347
Lower Tribunal No. 76-10139D

————————

**Lawrence Evans,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from Circuit Court for Miami-Dade County, Stacy D. Glick, Judge.

Lawrence Evans, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, C.J., and SCALES and MILLER, JJ.

PER CURIAM.

Affirmed. See State v. Michel, 257 So. 3d 3 (Fla. 2018).